UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-CR-00126-MHT |
| | ) | |
| YASHICA ROBINSON WHITE, M.D., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>Defendant Yashica Robinson White M.D.'s Motion to Dismiss</u>**

Defendant Yashica Robinson White, M.D. ("Dr. Robinson") moves to dismiss under Fed. R. Crim. P. 12(b)(3) on two independent grounds. First, because the government has committed equal-protection violations by selectively prosecuting Dr. Robinson, the Court should dismiss the entire indictment under Fed. R. Crim. P. 12(b)(3)(A)(iv). If the Court chooses not to dismiss the indictment on the current record, it should direct the government to answer the discovery requests attached at Exhibit 12 to the accompanying memorandum of law and, if necessary, hold an evidentiary hearing. Second, because the government has improperly interpreted of 21 U.S.C. § 331(a), which does not criminalize the innocent receipt of misbranded medical devices by a physician who merely ordered them from a supplier, the Court should independently dismiss Count 6 for failure to state an offense under Fed. R. Crim. P. 12(b)(3)(B)(v).

For these and all the reasons discussed in the accompanying memorandum of law, Dr. Robinson respectfully requests that the Court grant this motion and dismiss the indictment.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Jonathan C. "Rudy" Hill*
Jonathan C. "Rudy" Hill (HIL070)
RSA Dexter Avenue Building
445 Dexter Avenue, Suite 9075
Montgomery, AL  36104
(334) 956-7700 – telephone
(334) 956-7701 – fax
rhill@babc.com

Ty E. Howard (admitted *pro hac vice*)
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN  37203
(615) 244-2582 – telephone
(615) 252-6380 – fax
thoward@babc.com

*Attorneys for Yashica Robinson, M.D.*

## CERTIFICATE OF SERVICE

I certify that on January 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Denise O. Simpson, Esq.
> United States Attorney's Office
> 131 Clayton Street
> Montgomery, AL 36104
>
> Robert G Anderson, Esq.
> U.S. Attorney's Office
> 131 Clayton St
> Montgomery, AL 36104

*/s/ Jonathan C. "Rudy" Hill*
OF COUNSEL