# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-CR-00126-MHT |
| ) | |
| YASHICA ROBINSON WHITE, ) | |
| M.D., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Yashica Robinson White, M.D.'s Document Requests**

Defendant Yashica Robinson White, M.D. hereby directs the following document requests to the United States.

DEFINITIONS

1. "Document" means the written, printed, typed, recorded, electronic, or graphic matter of every type or description including but not limited to letters, memoranda, meeting minutes, charts, e-mail, faxes, word-processing documents, and other data, regardless of how stored or maintained. Documents also include preliminary drafts or revisions, as well as copies that are not identical to the original. "Documents" and "Records" are considered synonymous.

2. "Communication" means any transmission or exchange of information between two or more persons orally, in writing, or electronically and includes, without limitations, any conversation, correspondence, or discussion, whether face-to-face or by means of letter, telephone, telegraph, telex, or electronic (including email, SMS text, and instant messaging) or other media.

3. "Prosecution Team" refers to all members of federal, state, and local law enforcement and any other government officials who have participated, in any way, in the investigation and prosecution of defendant Yashica Robinson White, M.D., case no. 3:14-CR-00126-MHT (M.D. Ala), or any preliminary investigation or review related to case no. 3:14-CR-00126-MHT (M.D. Ala.). "Prosecution Team" shall otherwise be given the meaning ascribed to that term in the January 4, 2010 Memorandum from Deputy Attorney General David W. Ogden to Department of Justice prosecutors, entitled "Guidance for Prosecutors Regarding Discovery."

4. The words "or" and "and" are read in both the conjunctive and disjunctive so as to give the broadest meaning.

5. The words "defendant," "Dr. Robinson," and "Yashica Robinson White, M.D." are read to be synonymous.

2

## INSTRUCTIONS

1. Any responsive documents that are in file folders that have labels or other identifying information shall be produced with such file folders and label information.

2. Documents gathered from a particular physical location or file should be produced together with identification as to the location from which they came.

3. To facilitate the handling of documents, please mark each page with a "bates number" that identifies it sequentially.

4. To the extent Electronically Stored Information ("ESI"), including its meta-data and scanned images, is responsive, the parties shall confer regarding appropriate ESI production specifications before the production.

5. Documents for which a claim of privilege is made should be retained and protected. For any document withheld on privilege grounds, please provide the following information for each document:

   a. The name and title of the author (and if different, the preparer and signatory);

   b. The name(s) and title(s) of the individual(s) to whom the document was addressed;

   c. The name(s) and title(s) of the individuals to whom the document or a copy of the document was sent or to whom the document or a copy, or any part thereof, was shown;

   d. The date of the document;

   e. The number of pages;

   f. A brief description of the subject matter; and

   g. The privilege claimed and its specific basis.

## DOCUMENT REQUESTS

Produce all documents, regardless of form, that contain, relate to, concern, reflect, compose, or address—directly or indirectly—any of the following:

1. The investigative, prosecution, or law-enforcement file of any member or agency of the Prosecution Team, including but not limited to the Food and Drug Administration-Office of Criminal Investigations, related to Yashica Robinson White, M.D. or any person affiliated with Alabama Women's Center for Reproductive Alternatives ("AWC")

2. Any documents, communications, or other materials related to investigating, prosecuting (or not investigating or prosecuting), or selecting charges for (a) Yashica Robinson White, M.D., (b) any person affiliated in any way with AWC, or (c) any person or entity that purchased or was believed to have purchased a product from Medical Device King.

3. Any documents or communications reflecting the origin and drafting of the May 13, 2013 letter from Thomas J. Christl addressed to "Alabama Women's Center," a copy of which is attached to defendant's memorandum of law in support of her motion to dismiss as Exhibit 6.

   4. Any communications or documents of any member or agency of the Prosecution Team, including but not limited to the United States Attorney's Office for the Middle District of Alabama, that relates to, concerns, reflects, or addresses—directly or indirectly—any of the following:

    a. abortion, abortion services, abortion providers, or reproductive rights;

    b. pro-choice, pro-life, or other advocacy related in any way to abortion, access to abortion, or abortion clinics;

    c. Ala. Code § 26-23E-4(c) (1975);

    d. Alabama H.B. 57;

    e. The case of *Planned Parenthood Southeast, Inc. v. Strange,* 2:13-cv-405 (MHT), its background, litigants, attorneys, strategy, or any other matter related to the case; and

    f. The member or agency's membership or affiliation with any group or organization that takes a position on, advocates about, or expresses a public opinion on abortion, abortion services, or abortion providers.

   5. Any documents, communications, or materials, regardless of form, that contain, reflect, or reference communications between any member of the Prosecution Team and:

    a. Any other member of the Prosecution Team or staff persons thereof to the extent those communications relate to defendant's affiliation or connection to abortion or abortion services; or

    b. Any outside party, including but not limited to the media, the litigants or attorneys involved in *Planned Parenthood Southeast, Inc. v. Strange,* 2:13-cv-405, or individuals or organizations that take a position on , advocate about, or express a public opinion on abortion, abortion services, or abortion providers.

   6. Any *Jencks* or *Brady* material that contains the words "abortion"; "pro-life"; "pro-choice"; "Ala. Code 26-23E-4(c)," "H.B. 57," or any other reference to Alabama's staff-privileges law; "Alabama Women's Center"; or "Dalton Johnson."

   7. Transcripts of all grand-jury proceedings related to investigating or prosecuting (including but limited to the indictment in case no. 3:14-CR-00126-MHT) of (a) Yashica Robinson White, M.D., (b) any person affiliated in any way with AWC, or (c) any person or entity that purchased or was believed to have purchased a product from Medical Device King.

4