IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR NO. 3:14CR126-MHT |
| ) | |
| YASHICA ROBINSON WHITE, MD  ) | |

## **ORDER**

Upon consideration of defendant's Motion to Dismiss (Doc. 29), filed Janaury 20, 2015, it is

ORDERED that the Government shall file a response to the motion on or before **February 6, 2015.**  The motion is set for a hearing at **9:00 a.m. on February 11, 2015**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 23rd day of January, 2015.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE