**GOVERNMENT EXHIBIT 3**

## Anderson, Robert (USAALM)

**From:** Anderson, Robert (USAALM)
**Sent:** Thursday, June 06, 2013 10:25 AM
**To:** 'Howard, Ty'
**Subject:** RE: Proffer Letter - Dr. Yashica Robinson-White

Ty,

Yes, we can do 2 p.m. on Tuesday, June 18, 2013, here in Montgomery. I'll see you then.

Bob


-----Original Message-----
From: Howard, Ty [mailto:thoward@babc.com]
Sent: Thursday, June 06, 2013 9:40 AM
To: Anderson, Robert (USAALM)
Subject: Re: Proffer Letter - Dr. Yashica Robinson-White

Could we do 2 pm on 6/18 in Montgomery?


_____

Ty Howard
Sent from my iPhone

On Jun 6, 2013, at 9:09 AM, "Anderson, Robert (USAALM)" <Robert.Anderson@usdoj.gov<mailto:Robert.Anderson@usdoj.gov>> wrote:

Ty,

How does Tuesday, June 18, or Thursday, June 20, look for you and Dr. Robinson-White for this proffer? Let me know at your convenience so that I can get my agent here to participate.

Thanks,

Bob


From: Anderson, Robert (USAALM)
Sent: Wednesday, May 29, 2013 2:10 PM
To: 'Howard, Ty'
Subject: RE: Proffer Letter - Dr. Yashica Robinson-White

No problem, Ty. I was just following up with you. I'm out of the office on Friday, June 14, but I am available pretty much all of the following week (with the exception of Monday afternoon, 6/17, after about 3:30 p.m.). Just give me a couple of days you and Dr. Robinson-White are available and I'll check with my agent to make sure he can be available on one of those days.

1



GOVERNMENT EXHIBIT 3