IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 3:14-cr-00126-MHT-TFM |
| ) | |
| YASHICA ROBINSON WHITE, M.D. ) | |

**ORDER**

Pending before the Court is the *Joint Motion to Continue Motion Hearing and Arraignment* (Doc. 41). For good cause shown, the *Joint Motion to Continue Motion Hearing and Arraignment* (Doc. 41 is **GRANTED**. The motion hearing set for February 25, 2015, is hereby reset to commence on March 4, 2015 at 9:00 a.m. before the undersigned United States Magistrate Judge in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is FURTHER ORDERED that the arraignment will occur immediately after the hearing.

IT IS FURTHER ORDERED that should the parties reach a resolution of this matter which does not require a hearing on the motion to dismiss, they shall promptly notify the Court.

Done this 23rd day of February, 2015.

/s/Terry F. Moorer
TERRY F. MOORER
United States Magistrate Judge