IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 3:14-cr-00126-MHT-TFM |
| ) | |
| YASHICA ROBINSON WHITE, M.D. ) | |

**UNITED STATES OF AMERICA'S MOTION TO
DISMISS ORIGINAL INDICTMENT**

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and moves to dismiss the original indictment as to defendant Yashica Robinson White, M.D., and in support thereof states as follows:

1. Rule 48(a) provides that "[t]he government may, with leave of the court, dismiss an indictment, information or complaint." Fed.R.Crim.P. 48(a).

2. As noted in the Government's pending motion to dismiss the superseding indictment in this matter, filed on February 27, 2015, the parties have agreed to an alternative resolution of the dispute in this case which does not involve or necessitate proceeding any further on the pending criminal charges set forth in either the original indictment or in the superseding indictment in this matter.

3. Although the Government mentioned dismissal of the original indictment in its earlier motion, the Government now formally moves for such dismissal, in the exercise of prosecutorial discretion, of the original indictment with prejudice.

4. As noted in the telephone conference with the Court on Monday, March 2, 2015, the defendant does not object to the Government's motion to dismiss both the original indictment and the superseding indictment.

Respectfully submitted this the 4th day of March, 2015.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/ *Robert G. Anderson*
ROBERT G. ANDERSON (MSB No. 1589)
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7418
E-mail: robert.anderson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2015, I filed the foregoing motion with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to the following: All attorneys of record.

Respectfully submitted,

/s/ *Robert G. Anderson*
ROBERT G. ANDERSON (MSB No. 1589)
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7418
E-mail: robert.anderson@usdoj.gov