IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr126-MHT |
| | ) | (WO) |
| YASHICA ROBINSON WHITE, M.D. | ) ) | |

## JUDGMENT

Based on the representations made on the record on March 2, 2015, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The government's motions to dismiss (doc. nos. 43 and 45) are granted.

(2) Defendant Yashica Robinson White's motion to dismiss (doc. no. 29) is denied as moot.

(3) The indictment (doc. no. 1) and superseding indictment (doc. no. 37) are dismissed with prejudice.

(4) Defendant White is discharged.

DONE, this the 4th day of March, 2015.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE